RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Tel
(702)388-6261/Fax

Attorney for Gorje Jesus Lopez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GORJE JESUS LOPEZ,<br><br>Defendant. | Case No.: 2:14-mj-576-PAL<br><br>**UNOPPOSED MOTION TO QUASH WARRANT AND SET FOR STATUS CONFERENCE** |

COMES now the defendant, Gorje Jesus Lopez , by and through counsel, Heidi A. Ojeda , counsel for Gorje Jesus Lopez,  and  moves  this court to quash the bench warrant issued on December 16, 2014, and schedule a status conference, no sooner than sixty (60)days .

This unopposed motion is filed  for the following reasons:

1. On December 16, 2014 the Court held a status check in the above case. Mr. Lopez was not present and undersigned counsel informed the Court that Mr. Lopez had not been returning the phone calls or letter that were sent to him. The Court thereafter issued a bench warrant for failure to appear and failure to comply.

2. On January 5, 2015, Mr. Lopez contacted the Court to get a status on his case. The Court indicated that a warrant may have issued, but he needed to contact his attorney. Mr. Lopez called the Federal Public Defender's Office that same day. Through our communication with Mr.

/ / /

Lopez, it was learned that undersigned had an incorrect phone number and physical address for Mr. Lopez. That information has since been corrected.

3. Based on the above, Mr. Lopez respectfully requests that the bench warrant be quashed and this matter be set at the Court's next status check date. Mr. Lopez's remaining requirements are payment of $510.00, 40 hours of community service, and DUI and Victim Impact Panel Course, which he indicates he will act promptly to complete. Additionally, Mr. Lopez has the additional incentive to complete these requirements timely as he was given the opportunity to reduce his charge to reckless driving if he completes everything within six months of his sentencing date.

4. Undersigned has spoken with Special AUSA Nadia Ahmed concerning this matter, and the Government has no opposition to the Court quashing the bench warrant given Mr. Lopez's efforts to promptly reach out to the undersigned upon learning of the existence of the bench warrant.

DATED this 6th day of January, 2015.

RENE L. VALLADARES  
Federal Public Defender

By: */s/ Heidi A. Ojeda*  
HEIDI A. OJEDA  
Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GORJE JESUS LOPEZ,<br><br>Defendant. | Case No.: 2:14-mj-576-PAL<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER |

## FINDINGS OF FACT

Based on the pending unopposed motion of counsel, and good cause appearing therefore, the Court finds that:

1. On December 16, 2014 the Court held a status check in the above case. Mr. Lopez was not present and undersigned counsel informed the Court that Mr. Lopez had not been returning the phone calls or letter that were sent to him. The Court thereafter issued a bench warrant for failure to appear and failure to comply

2. On January 5, 2015, Mr. Lopez contacted the Court to get a status on his case. The Court indicated that a warrant may have issued, but he needed to contact his attorney. Mr. Lopez called the Federal Public Defender's Office that same day. Through our communication with Mr. Lopez, it was learned that undersigned had an incorrect phone number and physical address for Mr. Lopez. That information has since been corrected.

3. Based on the above, Mr. Lopez respectfully requests that the bench warrant be quashed and this matter be set at the Court's next status check date. Mr. Lopez's remaining requirements are payment of $510.00, 40 hours of community service, and DUI and Victim Impact Panel Course, which he indicates he will act promptly to complete. Additionally, Mr. Lopez has the additional incentive to complete these requirements timely as he was given the opportunity to reduce his charge to reckless driving if he completes everything within six months of his sentencing date.

4. Undersigned has spoken with Special AUSA Nadia Ahmed concerning this matter, and the Government has no opposition to the Court quashing the bench warrant given Mr. Lopez's efforts to promptly reach out to the undersigned upon learning of the existence of the bench warrant.

**CONCLUSIONS OF LAW**

The Defendant has demonstrated good faith efforts in contacting the Court when he did not hear from the Federal Public Defender's office and thereafter promptly contacting the undersigned to resolve the outstanding warrant. Therefore, the interest of justice is best served by quashing the previously issued warrant and permitting the defendant adequate time to complete his court ordered obligations.

**ORDER**

IT IS THEREFORE ORDERED that the bench warrant for arrest issued for defendant Gorje Jesus Lopez is hereby quashed and this matter rescheduled for Status Conference hearing on January 20, 2015 at the hour of 1:30 p.m.

DATED this 7th day of January, 2015.

UNITED STATES MAGISTRATE JUDGE